United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-326 |
| ARS ACCOUNT RESOLUTION | § | |

### ORDER CLOSING MISCELLANEOUS PROCEEDING

The statement filed at ECF No. 3 moots this miscellaneous proceeding. The proceeding is closed.

SIGNED 04/04/2022

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 22-00326-mi
ARS ACCOUNT RESOLUTION  Chapter
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4  User: ADIuser  Page 1 of 1
Date Rcvd: Apr 04, 2022  Form ID: pdf002  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| inre | ARS ACCOUNT RESOLUTION, 1643 NW 136TH AVE STE 10, SUNRISE, FL 33323-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2022  Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stephen Wayne Sather | on behalf of In Re: ARS ACCOUNT RESOLUTION ssather@bn-lawyers.com gzeh@bn-lawyers.com |

TOTAL: 1